**Supreme Raheem ACKBAR, a/k/a Ronald Gary, Plaintiff-Appellant,**

v.

**Lieutenant MCPHERSON; Sergeant Bogersrode, Defendants-Appellees,**

and

**Michael McCall; Sergeant Bogastroke; Officer McCants; Captain Stonebreaker; Rammarine Jaglal, Lieber CI Dentist; Gwendolyn T. Stokes, Registered Nurse at Lee Correctional Institution; William R. Byars, Jr., Commissioner of the South Carolina Department of Corrections Commissioner, Defendants.**

No. 16-7391

United States Court of Appeals, Fourth Circuit.

Submitted: February 27, 2017

Decided: March 9, 2017

Supreme Raheem Ackbar, Appellant Pro Se.

Leigh Powers Boan, David J. Mills, MCNAIR LAW FIRM, PA, Pawleys Island, South Carolina, for Appellees.

Before MOTZ, AGEE, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Supreme Raheem Ackbar appeals the district court's order entering judgment in favor of defendants following a bench trial on Ackbar's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and Ackbar's claims and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ackbar v. McPherson, No. 2:14-cv-02246-RMG (D.S.C. Sept. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED